1  EDWARD C. CASEY, JR., ESQ.   CSB:  123702
   Law Offices of Edward C. Casey, Jr.
2  300 Frank H. Ogawa Plaza, Suite 370
   Oakland, California 94111
3  Telephone: 510.251.2300

4  Attorneys for Plaintiff
   JOSHUA L. HAYES

5

6

7                  UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9

10 JOSHUA L. HAYES,              )   Case No. C05-4060 MMC
                                 )
11              Plaintiff,       )   STIPULATION AND ORDER
                                 )   FOR DISMISSAL WITH PREJUDICE
12 v.                            )
                                 )
13 CITY AND COUNTY OF SAN        )
   FRANCISCO, LARRY BERTRAND,    )
14 SEAN CRONIN, JAMES CUSTER,    )
   LORI CADIGAN, and DOES 1 to   )
15 50, inclusive,                )
                                 )
16              Defendants.      )
   _____)
17

18      IT IS HEREBY STIPULATED by and between the Plaintiff, on

19 the one hand, and Defendants City and County of San Francisco,

20 Larry Bertrand, Sean Cronin, James Custer, and Lori Cadigan, on

21 the other hand, through their respective counsel, that the

22 above-captioned action be and hereby is dismissed with

23 prejudice pursuant to FRCP §41(a)(1).  Each side is to bear

24 //

25

26                              1

27 _____
   Stipulation and Order for Dismissal of Defendants City and County
   of San Francisco, Larry Bertrand, Sean Cronin, James Custer, and
                          Lori Cadigan

1  their own costs and attorney's fees.

2

3                               LAW OFFICES OF EDWARD C. CASEY JR.

4

5  Dated: March 31, 2006    Edward C. Casey Jr.(signed)
   _____ Edward C. Casey Jr.
6                               Attorneys for the Plaintiff

7

8  Dated: March 31, 2006    CITY ATTORNEY, CITY OF SAN FRANCISCO

9

10                          _____/S/_____
11                          By Peter Keith, Esq.
                            Attorneys for the Defendants
12           _____City and County of San Francisco,
   _____ Larry Bertrand, Sean Cronin,
13                          James Custer, and Lori Cadigan

14

15       Pursuant to the above stipulation, the above-captioned

16  case is hereby dismissed with prejudice.

17  Dated: March 31, 2006    _____
18                          Honorable Maxine M. Chesney
                            United States District Judge

19

20

21

22

23

24

25                                    2

26  _____
   Stipulation and Order for Dismissal of Defendants City and County
27  of San Francisco, Larry Bertrand, Sean Cronin, James Custer, and
                            Lori Cadigan